UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JADA DOWNS,

        Plaintiff,

   v.

CHOICES WOMEN'S MEDICAL CENTER, INC.,

        Defendant.

No.
1:13-cv-00192-WFK-MDG

---

**IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiff, Jada Downs ("Plaintiff") and Defendant, Choices Women's Medical Center, Inc. ("Defendant"), as follows:

1) Defendant's time to answer or otherwise respond to the Complaint in the above-captioned action shall be extended, on consent, from April 1, 2013 to May 1, 2013.

2) This is Defendant's second request for an extension. The Court previously so ordered the parties' first stipulation extending time to answer or otherwise respond to the Complaint.

3) This Stipulation may be executed in counterparts and facsimile signatures shall have the same force and effect as originals.

Dated: New York, New York
       March 27, 2013

                                  Duane Morris LLP

DM2\4181676.1

By: _____
Joanna R. Varon
1540 Broadway
New York, NY 10036
(212) 692-1000
*Attorneys for Defendant*

By: _____
Rebecca J. Osborne
Vladeck, Waldman, Elias & Engelhard, P.C.
1501 Broadway, Suite 800
New York, NY 10036
(212) 403-7300
*Attorneys for Plaintiff*

2

DM2\4181676.1