UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JADA DOWNS,

                              Plaintiff,

    -against-

CHOICES WOMEN'S MEDICAL CENTER, INC.,

                             Defendant.
-----------------------------------------------------------------x

No. 1:13-cv-00192-WFK-MDG

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above captioned action that the action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or fees to any party.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed without any further notice with the Clerk of the Court. This Stipulation may be executed in counterparts and facsimile signatures will have the same force and effect as originals.

Dated: New York, New York

      ~~August~~ 1̲3̲, 2013
      September

7

DM2\4332464.2
534367 v1

IT IS FURTHER STIPULATED AND AGREED that each party to the Stipulation shall bear its own costs.

Dated: New York, New York
~~August~~ 13, 2013
September

DUANE MORRIS LLP

By: _____

Eve I. Klein
Joanna R. Varon
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
(212) 692-1000
*Attorneys for Defendant*

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

By: _____

Rebecca J. Osborne
1501 Broadway, Suite 800
New York, NY 10036
(212) 403-7300
*Attorneys for Plaintiff*